FILED
JUL - 1 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                Plaintiff, )
                        )
          v.               )
Kimberly Gilmer )
                Defendant. )

No. 87-92SM-13

ORDER OF DETENTION AFTER HEARING
(18 U.S.C. § 3142(i))

ENTERED ON COURTRAN
JUL 7 1987

I.

A. (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

CR94 (5/86)

-1-

B. On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1. ( ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required;

and/or

B. (✓) safety of any person or the community;

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

```
 1  _____

 2  _____

 3      B.  ( )  History and characteristics indicate a serious

 4               risk that defendant will flee because: _____

 5  _____

 6  _____

 7  _____

 8  _____

 9      C.  ( )  A serious risk exists that defendant will:

10          1.  ( )  obstruct or attempt to obstruct justice;

11          2.  ( )  threaten, injure or intimidate a

12                   witness/juror;

13          3.  ( )  attempt to threaten, injure or intimi-

14                   date a witness/juror;

15          Because: _____

16  _____

17  _____

18  _____

19      D.  (/) Defendant has not rebutted by sufficient evidence

20               to the contrary the presumption provided in

21               18 U.S.C. § 3142(e).

22      IT IS ORDERED defendant be detained prior to trial.

23      IT IS FURTHER ORDERED that defendant be confined as far as

24  practicable in a corrections facility separate from persons

25  awaiting or serving sentences or persons held pending appeal.

26  ///

27  ///

28  ///
```

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-1-87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~

CR-94

-4-